*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

EARVIN JAMIL PARCHMAN,

        Defendant-Appellant.

UNPUBLISHED
July 20, 2023

No. 361571
Wayne Circuit Court
LC No. 17-001509-01-FC

Before: REDFORD, P.J., and O'BRIEN and FEENEY, JJ.

REDFORD, P.J. (*dissenting*).

I respectfully dissent.

Defendant in this case entered the victim's home and waited for her there with another person. When the victim arrived at her home, defendant told her she owed him money. This debt was for drugs from defendant. She owed $80. After learning the victim did not have enough money to pay her debt, defendant ordered the victim to a different part of her home, had her remove all of her clothing, and get on the floor on all fours. Defendant then vaginally and anally raped the victim, penetrating her body with a broomstick multiple times both vaginally and anally. Defendant told the victim if she cried, he would use more force. The victim cried and urinated on the floor during this violent and cruel violation. Defendant then stole the victim's Bridge card and used it to purchase himself things. Defendant's Offense Variable (OV) score was 146 points. The sentencing guidelines stop counting OVs in defendant's case at 100.

On resentencing following remand, the court ordered concurrent instead of consecutive sentences. This effectively lowered defendant's originally imposed sentence by 25 years.

Based on the entire record, I conclude the statements of the trial court set forth in the majority opinion more than adequately provide the basis for the departure and the extent of the departure. The sentence of not less than 25 years (or 300 months) nor more than 50 years (or 600 months) was a 15-month upward departure above 285 months, which was the high end of defendant's sentencing guidelines range, a departure of 5.26%.

I find the sentence and its rationale proportionate to the crimes of conviction, and I would affirm.

/s/ James Robert Redford